No. 99–1582. BROWNING ET AL. *v.* ROHM & HAAS CO. C. A. 6th Cir. Certiorari denied.

No. 99–1637. RAFFENSPERGER, HUGHES & CO., INC., ET AL. *v.* BROUWER ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1650. SPIEGEL *v.* CORTESE. C. A. 7th Cir. Certiorari denied.

No. 99–1655. WEI *v.* FINK, TRUSTEE, ET AL.; and No. 99–9098. GRAVEN *v.* FINK, TRUSTEE, ET AL. C. A. 8th Cir. Certiorari denied. Reported below: 186 F. 3d 871.

No. 99–1659. SHARON P. *v.* ARMAN, LTD., ET AL. Sup. Ct. Cal. Certiorari denied.

No. 99–1665. PENLEY *v.* TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 99–1679. COUNTY OF SAN DIEGO ET AL. *v.* MCALINDIN. C. A. 9th Cir. Certiorari denied.

No. 99–1681. PURDY *v.* BURLINGTON NORTHERN SANTA FE CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1684. STEHLIK *v.* CHARLES. Sup. Ct. Pa. Certiorari denied.

No. 99–1690. CITY OF HOUSTON *v.* KOLB ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 99–1701. BERK *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–1714. FERGUSON *v.* CSX TRANSPORTATION. C. A. 3d Cir. Certiorari denied.

No. 99–1732. DAVENPORT, AN INFANT, BY HER LEGAL GUARDIAN AND NATURAL MOTHER, BELT, ET AL. *v.* YOUNG MEN'S CHRISTIAN ASSN. ET AL. C. A. 8th Cir. Certiorari denied.